UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>KENDEL THOMAS,<br><br>                Defendant. | CASE NO.: 22 Cr. 37 (SLC)<br><br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A supervised release hearing is scheduled for **Monday, July 18, 2022 at 11:00 am** on the Court's conference line.  The parties, including Mr. Thomas, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:   New York, New York
           May 4, 2022

                                                SO ORDERED

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**