UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KENDEL THOMAS,

          Defendant.

CASE NO.: 22 Cr. 37 (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Supervised Release Hearing scheduled for Monday, July 18, 2022 is now **RESCHEDULED** to **Thursday, July 21, 2022 at 3:00 pm** on the Court's conference line. The parties, including Mr. Thomas, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            July 14, 2022

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**